# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>John Glenn VanBuren  )<br>   Defendant.  )<br>_____  ) | Case No.: CR 03-1122-ABC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist of Cal  for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  defendant allegedly was committing crimes while on

1  probation; defendant does not appear to be
2  amenable to supervision given his false statements made
3  to probation officer; substance abuse history
4  and/or
5  B. (✓) The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: defendant allegedly was committing crimes
10  while on probation.

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  5-8-07

20  UNITES STATES MAGISTRATE JUDGE

2